UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PREMIER STAFF SERVICES, INC., a Michigan corporation, OMOBOLAJI CELINA LONGE, an individual, and OLU VICTOR LONGE, an individual, | Case No.: 2:18-cv-12284-AC Hon. Avern Cohn |

      Plaintiffs,

v.

WORLD BUSINESS LENDERS, a
New Jersey limited liability company,

      Defendant.
_____/

## **STIPULATED ORDER FOR DISMISSAL**

The Parties entered into a Forbearance Agreement with the Effective Date of September 17, 2018.  In consideration of the Forbearance Agreement, Plaintiffs agree to dismiss this matter with prejudice and without costs.  The Court is otherwise fully advised in the premises and finds good cause for entry of this Order.

Now therefore,

IT IS HEREBY ORDERED that the Complaint is dismissed with prejudice and without costs or attorney fees to any Party.

This Order resolves the last pending claim and closes the case.

                                            s/Avern Cohn
                                            Hon. Avern Cohn

Dated:  9/24/2018

Stipulated and Agreed:

| DARWYN P. FAIR & ASSOC., PC | MADDIN HAUSER ROTH & HELLER, PC |
|---|---|
| */s/Darwyn P. Fair – by consent* | */s/Julie Beth Teicher – by consent* |
| Darwyn P. Fair (P31266) | Julie Beth Teicher (P34300) |
| Attorney for Plaintiffs | Attorney for Defendant |
| 535 Griswold St., Suite 111-554 | 28400 Northwestern Hwy., 2nd Floor |
| Detroit, MI  48226 | Southfield, MI  48034 |
| 313-967-0595 | (248) 354-4030 |
| dpfair@dpfairlaw.com | jteicher@maddinhauser.com |
| September 20, 2018 | September 20, 2018 |